

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

GO STAR MARITIME COMPANY S.A.,

                      Plaintiff,

-v-

BREAKBULK MARINE SERVICES LTD.,
and BELGIAN OVERSEAS CHARTERING
AND SHIPPING N.V.,

                      Defendants.

No. 09 Civ. 0182 (RJS)
ORDER

RICHARD J. SULLIVAN, District Judge:

In accordance with the schedule adopted in the conference before the Court on February 20, 2009,

IT IS HEREBY ORDERED that, no later than April 21, 2009, Plaintiff shall submit a letter advising the Court of the status of its arbitration with Defendants.

IT IS FURTHER ORDERED that Plaintiff may renew its application for an Order of Process of Maritime Attachment and Garnishment at any time should it obtain additional information leading to a belief that Defendants' property may be found in this District.

Dated:       February 20, 2009
               New York, New York

RICHARD J. SULLIVAN
UNITED STATES DISTRICT JUDGE